UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOSES HOOKS** )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:10-CV-00999-WKW |
| ) | |
| **ACCEPTANCE LOAN, CO, INC.,** ) | |
| a domestic corporation, **EQUIFAX** ) | |
| **INFORMATION SERVICES LLC,** a ) | |
| foreign limited liability company, ) | |
| Defendants. ) | |

## MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and moves this Honorable Court to dismiss with prejudice all claims against Defendant Equifax Information Services, LLC, with the parties bearing their own costs, attorney's fees and expenses.

**RESPECTFULLY SUBMITTED** this the 16th day of February 2011.

/s/ David W. Vickers_____
David W. Vickers (VIC004)
*Attorney for Plaintiff*
**VICKERS & WHITE, PLLC**
428 South Lawrence Street
Montgomery, AL 36111
Telephone: (334) 269-1192
Facsimile: (334) 239-7408
bgriffin@vickersandwhitelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served via either United States Postal Mail, properly addressed and postage prepaid, or this Court's CM-ECF electronic filing system, to the following, on this 16th day of February 2011.

**2:10-CV-00999-WKW- WC Notice has been electronically mailed to:**

Richard Carlton Keller
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
rkeller@burr.com

**2:10-cv-00999-WKW -WC Notice has been delivered by other means to:**

Brian J. Olson
King and Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
bjolson@kslaw.com

Equifax Information Services LLC
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

Covington Credit of Alabama, Inc.
c/o CT Corporation System
2 North Jackson Street, Ste. 605
Montgomery, AL  36104

                                                  /s/ David W. Vickers
                                                  OF COUNSEL