IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOSES HOOKS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-CV-999-WKW |
| | ) |
| ACCEPTANCE LOAN COMPANY, INC., | ) |
| *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's Notice of Dismissal (Doc. # 22), dismissing all claims against Defendant Equifax Information Services, LLC, with prejudice.  Because the notice comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,[1] Plaintiff's claims against Defendant Equifax Information Services, LLC, have been dismissed on the terms set out in the notice.[2]

DONE this 17th day of February, 2011.

                      /s/   W.  Keith Watkins
                  UNITED STATES DISTRICT JUDGE

---

[1] Rule 41(a)(1)(A)(i) allows for a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer or summary judgment motion has been filed by Defendant Equifax Information Services, LLC.

[2] *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (A Rule 41(a)(1) dismissal "is effective on filing and no court order is required.").